a state of facts from which it appears that the danger is real and immediate. While care should be used in granting injunctions to avoid prospective injuries, there is no requirement that the court must wait until the injury occurs before granting relief.

We find neither error, nor abuse of discretion and the judgment of the circuit court of Madison County is affirmed.

Judgment affirmed.

GOLDENHERSH and MORAN, JJ., concur.

**June Parsons, Plaintiff-Appellant, v. George Parsons, Defendant-Appellee.**

**Gen. No. 66–5. (Abstract of Decision.)**

Third District.
June 6, 1966.

Fred W. Potter, of Princeton, for appellant; Walter D. Boyle and Linn Goldsmith, both of Hennepin, and George S. Skinner, of Princeton, for appellee. Opinion by JUSTICE STOUDER. Not to be published in full.